**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-CV-26031-ELFENBEIN

**CHARMAINE FLOYD**,

    Plaintiff,

v.

**BOBBY ISLEX**,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On December 22, 2025, *Pro Se* Plaintiff Charmaine Floyd ("Plaintiff") filed the instant action. *See* ECF No. [1]. Plaintiff, however, failed to pay the required filing fee or file a Motion to Proceed *In Forma Pauperis*. On December 23, 2025, the Court ordered Plaintiff to either pay the filing fee or file a sworn application to proceed *in forma pauperis* no later than January 5, 2026. *See* ECF No. [3]. The Court further warned Plaintiff that "[f]ailure to comply with this Order will result in dismissal of this action without further notice." *See id*. Because Plaintiff has not paid the Court's filing fee, filed a Motion to Proceed *In Forma Pauperis*, or requested an extension of time to do so, I recommend that the Complaint, **ECF No. [1]**, be **DISMISSED WITHOUT PREJUDICE**.

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the assigned District Judge. Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained

CASE NO. 25-CV-26031-ELFENBEIN

in this Report, except on grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on January 6, 2026.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc:

**Charmaine Floyd**
1243 N.W. 100 Terrence
Miami, FL 33147
*PRO SE*