UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-26031-LEIBOWITZ/ELFENBEIN

**CHARMAINE FLOYD**,

    *Plaintiff*,

v.

**BOBBY ISLEX**,

    *Defendant*.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Marty Fulgueira Elfenbein [ECF No. 4] (the "R&R"), filed on January 6, 2026. Judge Elfenbein recommends dismissing Plaintiff's Complaint without prejudice for failure to pay the filing fee or submit an application to proceed *in forma pauperis*. No objections to the R&R were filed during the 14-day objection period. Upon due consideration of the R&R, the filings, the applicable law, and the record, the Court ADOPTS and AFFIRMS the R&R [ECF No. 4].

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To

the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties have not submitted any objections to Judge Elfenbein's R&R, and the time to do so has passed. As such, the Court has reviewed the R&R for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Elfenbein's R&R is thorough, cogent, and compelling. The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 4**] is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Complaint [**ECF No. 1**] is **DISMISSED** *without prejudice*.

3. The *Clerk* is *directed* to mail a copy of this Order to Plaintiff.

4. The *Clerk* is further *directed* to **CLOSE** this case. Any pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Charmaine Floyd
1243 N.W. 100 Terrence
Miami, FL 33147
PRO SE

2